ORTIZ, DEMANDANTE Y APELADO, *v.* SILVA ET AL., DEMANDADOS
Y APELANTES.

APELACIÓN procedente de la Corte de Distrito de Ponce en
procedimiento de *injunction* para recobrar la posesión de
propiedad inmueble.

INCIDENTE sobre memorándum de costas.

No. 2288.—Resuelto en Noviembre 22, 1920.

RESOLUCIONES INAPELABLES—MEMORÁNDUM DE COSTAS Y HONORARIOS.—Apelada
una resolución que negó la eliminación del memorándum de costas, pedida por
el fundamento de haberse radicado éste fuera de término, *se resolvió* que tal
resolución podría ser revisada en la apelación que se estableciera contra la
resolución condenando a pagar costas y honorarios, pero que por sí sola tal
resolución no es de las que el Nó. 3 del artículo 295 del Código de Enjuicia-
miento Civil considera apelables.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. Benet & Souffront.*

Abogado del apelado: *Sr. L. Montalvo Guenard.*

EL JUEZ ASOCIADO SR. ALDREY, emitió la opinión del Tri-
bunal.

La parte a cuyo favor se dictó la sentencia en este caso
presentó a la corte inferior su *memorandum* de costas y de
honorarios de abogado. La parte contraria solicitó que fuera
eliminado de los autos y que no se tomara en consideración
por haber sido presentado fuera del término legal. Habiendo
la corte inferior negado esta petición y resuelto que se pre-
sentara la impugnación al *memorandum* dentro del término
legal fué apelada esta resolución.

Presentada en este Tribunal Supremo la transcripción de
la apelación nos ha pedido la parte apelada que la desesti-
memos, fundándose en que dicha resolución no es apelable.
En contrario sostiene la apelante que sí lo es de acuerdo con
el No. 3 del artículo 295 del Código de Enjuiciamiento Civil,
preceptivo de que puede apelarse de las providencias espe-
ciales dictadas después de sentencia definitiva.

La apelación que concede el párrafo citado del artículo 295 no es contra todas las resoluciones que se dicten después de sentencia definitiva sino contra las resoluciones especiales o sea contra las que resuelvan alguna cuestión no comprendida en la sentencia. La corte inferior no ha resuelto aún la cantidad que el apelante debe pagar por costas y honorarios de abogado, sino solamente que el *memorandum* fué presentado dentro del término legal, cuestión ésta que puede ser suscitada y revisada en la apelación que se establezca contra la resolución que condene a pagar esas reclamaciones, porque la moción de eliminación del apelante equivale a la excepción previa de que el apelado no tiene causa de acción para cobrar costas y honorarios de abogado por haber dejado transcurrir el término que la ley le concede para reclamarlos.

La apelación debe ser desestimada.

> *Desestimada la apelación interpuesta.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.